**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-2038**

JIMMY MULLINS,

                Plaintiff - Appellant,

        v.

MAYOR AND CITY COUNCIL OF BALTIMORE CITY,

                Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Timothy J. Sullivan, Magistrate Judge.  (1:14-cv-02698-TJS)

Submitted:  April 12, 2018                          Decided:  May 10, 2018

Before WILKINSON, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John B. Stolarz, THE STOLARZ LAW FIRM, Baltimore, Maryland, for Appellant. Andre M. Davis, City Solicitor, Gary Gilkey, Chief Solicitor, Nicholas C. Sokolow, Assistant Solicitor, BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Mullins appeals the magistrate judge's orders entering judgment in favor of the Appellee after a jury trial and denying Mullins' motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Mullins v. Mayor and City Council of Baltimore*, No. 1:14-cv-02698-TJS (D. Md. Mar. 13 & Aug. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*